| | |
|---|---|
| **BRUCE D. GORDON LLC** <br> Attorneys for Oritani Savings Bank <br> 2050 Center Avenue, Suite 560 <br> Fort Lee, New Jersey 07024 <br> (201) 585-2600 <br> Bruce D. Gordon <br> BG-8018 | Hearing Date: January 31, 2006 <br> At 10:00 a.m. <br><br> Oral Argument Requested |

| | |
|---|---|
| In Re: <br><br> **NJ Affordable Homes Corp.,** <br><br> Debtor. | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY <br><br> CHAPTER 7 <br><br> CASE NO. 05-60442 (RG) |

**NOTICE MOTION OF ORITANI SAVINGS BANK FOR RELIEF FROM THE AUTOMATIC STAY AND FOR RELIEF FROM RELATED RESTRAINTS**

SIRS:

PLEASE TAKE NOTICE, that on the 31st day of January, 2006 at 10:00 a.m., or as soon thereafter as counsel can be heard, Oritani Savings Bank ("Oritani"), by its attorneys, Bruce D. Gordon LLC, will apply to the United States Bankruptcy Court, before the Honorable Rosemary Gambardella, United States Bankruptcy Judge, United States Bankruptcy Court, Martin Luther King, Jr. Federal Building & Courthouse, 50 Walnut Street, Newark New Jersey 07102, based upon a Certification (the "Certification") submitted in support of an order pursuant to §362(d) of the Bankruptcy Code granting Oritani relief from the automatic stay with respect to the property located at 362 Market Street, Perth Amboy, New Jersey and for relief from related restraints, all as provided for in the Certification, which Certification is submitted herewith, and for such other and further relief as the Court may deem just and equitable under the circumstances (all of the aforesaid relief requested is hereinafter defined as the "Relief Requested").

PLEASE TAKE FURTHER NOTICE, Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the Relief Requested, or if you want the Court to consider your views on the Certification, then pursuant to the Local Bankruptcy Rules of the Court, on or before 7 days before the return date set forth hereinabove, you or your attorney must file with the Court a written request for a hearing and a written answer to the Relief Requested explaining your position, accompanied by a brief or a statement that no answering brief is necessary, and with proof of service, at the United States Bankruptcy Court, 50 Walnut Street, Newark New Jersey 07102. If you mail your papers to the Court for filing, you must mail them early enough so the Court and the attorneys for Oritani and any other party required to receive your papers will receive them on or before the date that is 7 days before the return date set forth hereinabove. You must mail or serve your copy upon counsel for Oritani, Bruce D. Gordon LLC Polygon Plaza, 2050 Center Avenue, Suite 560, Fort Lee, New Jersey 07024, attention Bruce D. Gordon, Esq.

If you or your attorneys do not take these steps, the Court may decide that you do not oppose the Relief Requested and may enter an order granting the Relief Requested.

PLEASE TAKE FURTHER NOTICE, oral argument is hereby requested.

PLEASE TAKE FURTHER NOTICE, that pursuant to the Local Bankruptcy Rules, no brief is necessary at this time, as there are no contested, novel or complex issues of law. In the event the Court or opposing papers raise legal issues, the

undersigned reserves the right to file a brief.

Dated: December 20, 2005

                                  **BRUCE D. GORDON LLC**
                                  Attorneys for Oritani Savings Bank

                                  By: /s/Bruce D. Gordon
                                          Bruce D. Gordon

R:\BDGLLC\Oritani\Barenholtz\Pldgs\Motion01-for relief from stay.bdg.doc