# MSF

## MEISTER SEELIG & FEIN LLP

FILED

JAMES J. WALDRON, CLERK

MAY 2 6 2006

U.S. BANKRUPTCY COURT
NEWARK, N.J.

BY_____DEPUTY

**2G Auer Court**
**Williamsburg Commons**
**East Brunswick, NJ 08816**
**Telephone (732) 432-0073**
**Facsimile (732) 432-4282**

Jeffrey Schreiber
*Partner*
*jeffrey.schreiber@meisterseelig.com*

May 25, 2006

***VIA FEDERAL EXPRESS***
Judge Donald H. Steckroth
United States Bankruptcy Court
 District of New Jersey
50 Walnut Street,
Newark, New Jersey 07102

Re:    ***In re: NJ Affordable Homes Corp., Debtor***
      **Case No. 05-60442 (DHS)**

Dear Judge Steckroth:

We represent Melvyn Barenholtz, one of the investors who was defrauded by the Debtor and its affiliates. Mr. Barenholtz previously filed a general objection to the Trustee's pending application, which is now returnable on May 31, 2006. By this letter, we write to advise the Court that Mr. Barenholtz's objection does not apply to the property located at 101 Hempstead Road, Spring Valley, New York (the "Hempstead Property") for the reasons set forth below.

With respect to the Hempstead Property, Mr. Barenholtz never attended a closing; never signed a note, mortgage or other document and never authorized anyone to close a transaction on his behalf. From our review of the County Clerk's records before the commencement of this Chapter 7 case, we discovered that the Debtor or its affiliates, unbeknownst to Mr. Barenholtz, forged Mr. Barenholtz's name on a document that purported to be a power of attorney with respect to the Hempstead Property. Again, before the commencement of this Chapter 7 case, to make clear that Mr. Barenholtz had not executed that power of attorney and that the document was a nullity, Mr. Barenholtz filed a revocation of that power of attorney with the Rockland County Clerk. Accordingly, Mr. Barenholtz has no interest in or connection with the Hempstead Property and, therefore, has no objection to the Trustee's application, solely with respect to the Hempstead Property.



**MEISTER SEELIG & FEIN LLP**

Mr. Barenholtz maintains his previously filed objection with respect to all the other properties for which he is the title holder of record.

Respectfully Submitted,

Jeffrey Schreiber

JS/mlm

cc:    Harry Gutfleish, Esq. (*via e-mail*)
       Jeffrey Reich, Esq. (*via facsimile*)
       Melvyn Barenholtz (*via e-mail*)

*2978-002 93400*