| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| FORMAN HOLT ELIADES & RAVIN LLC<br>80 Route 4 East<br>Paramus, New Jersey 07652<br>(201) 845-1000<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Harry M. Gutfleish (HMG-6483) |

| | |
|---|---|
| In re:<br><br>NJ AFFORDABLE HOMES CORP.,<br><br>Debtor. | Chapter 7<br>Case No. 05-60442 (DHS) |

**CERTIFICATION OF NO OBJECTION**

I, Harry M. Gutfleish, certify under penalty of perjury that:

1.  I am a member of Forman Holt Eliades & Ravin LLC, attorneys for Charles M. Forman, the chapter 7 trustee (the "Trustee") for NJ Affordable Homes Corp.

2.  On October 22, 2009, the Trustee filed a Notice of Settlement with Sisto Rosato at docket number 3447 in the above-captioned chapter 7 case (the "Notice") pursuant to this Court's January 8, 2008 Order Limiting and Modifying Service of Notices of Settlement and Abandonment, Authorizing Additional Settlements and Granting Related Relief (the "Settlement Procedures Order").

3.  Also on October 22, 2009, I caused the Notice to be served on all required parties under the Settlement Procedures Order, as reflected in the Certification of Service attached to the Notice filed with the Court.

4.  In accordance with the Settlement Procedures Order, the deadline to object to the proposed settlement expired on November 12, 2009.

5. Our firm has not received any objections to the proposed settlement. I have reviewed the docket and have not located any objections or other responsive pleadings to the proposed settlement.

6. The Trustee is therefore authorized to enter into and consummate the proposed settlement in accordance with the Settlement Procedures Order.

*/s/ Harry M. Gutfleish*
Harry M. Gutfleish

Dated: November 13, 2009

M:\CMF\NJAH\ADVPRO\WAYNE PUFF\COLLECTION\Certificate of No Objection - Notice of Settlement.doc