| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | FILED<br>JAMES J. WALDRON, CLERK<br>SEP 16 2010<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY _____ DEPUTY |
| FORMAN HOLT ELIADES & RAVIN LLC<br>218 Route 17 North<br>Rochelle Park, NJ 07662<br>(201) 845-1000<br>Attorneys for Charles M. Forman, Chapter 7 Trustee<br>Harry M. Gutfleish (HMG-6483) | |
| In Re:<br><br>NJ AFFORDABLE HOMES CORP.,<br><br>                              Debtor. | Chapter 7<br>Case No: 05-60442 (DHS) |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

9/16/10

D. [Signature]

Debtor:           NJ AFFORDABLE HOMES CORP.
Case No:          05-60442(DHS)
Caption of Order: ORDER GRANTING ALLOWANCES

---

The Court having found that the person named below filed an application for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANT | COMMISSION/FEES | EXPENSES |
| --- | --- | --- |
| Forman Holt Eliades & Ravin LLC<br>Attorneys for Chapter 7 Trustee | $ 709,707.50 | $ 21,174.81 |

ORDERED that the Trustee is authorized to pay the fees and expenses awarded to Forman Holt Eliades & Ravin LLC.