| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.<br>A Professional Corporation<br>25 Main Street<br>Hackensack, New Jersey 07601<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br>Michael D. Sirota, Esq.<br>Special Counsel for Charles M. Forman, Chapter 7 Trustee | Case No. 05-60442 (DHS) |
| In Re:<br><br>NJ AFFORDABLE HOMES CORP.,<br><br>                              Debtor. | Hearing Date:  December 15, 2010<br><br>Judge: Donald H. Steckroth |

**ORDER AWARDING COMPENSATION**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

(Page 2)
Debtor:             NJ AFFORDABLE HOMES CORP.
Case No.            05-60442 (DHS)
Caption of Order:   ORDER AWARDING COMPENSATION

     THIS MATTER having been opened to the Court by Cole, Schotz, Meisel, Forman & Leonard, P.A., special counsel for Charles M. Forman, Chapter 7 Trustee (the "Trustee") for NJ Affordable Homes Corp. (the "Debtor"); pursuant to the Notice of Hearing on Application for Compensation, which Notice was sent to all parties-in-interest by the United States Bankruptcy Court; and the Court having read and considered the Fifth Interim Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A. for Compensation; and the Court having considered the arguments of counsel, if any; and for good cause shown,

     IT IS ORDERED that the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A., as special counsel for Charles M. Forman, Chapter 7 Trustee, for Debtor, NJ Affordable Homes Corp. be and the same is hereby awarded interim counsel fees in the amount of $75,695.00, together with reimbursement of expenses of $342.30.

43251/0001-7033850v1