| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street<br>Suite 400<br>Rochelle Park, NJ 07662<br>(201) 845-1000<br>Charles M. Forman, Chapter 7 Trustee<br>(CMF-8937) | |
| In Re:<br><br>NJ AFFORDABLE HOMES CORP.,<br><br>Debtor. | Chapter 7<br><br>Case No. 05-60442 (MBK) |

**CERTIFICATION OF CHARLES M. FORMAN, TRUSTEE,
WITH RESPECT TO THE DEPOSIT OF UNCLAIMED FUNDS
INTO THE COURT'S REGISTRY**

I, Charles M. Forman, certify under penalty of perjury that:

1. I am the chapter 7 trustee for NJ Affordable Homes Corp. (the "Debtor").

2. On October 7, 2019, this Court entered an Order Authorizing Trustee to Make an Interim Distribution to Creditors (the "Interim Distribution Order"). [Doc. No. 4523]. On October 8, 2019, I disbursed $2 million to general unsecured creditors in accordance with the terms of the Interim Distribution Order.

3. Thereafter, certain of the distribution checks were returned to my office as "undeliverable" or remained uncashed after 90 days.

4. In some cases, claimants contacted my office to provide updated addresses. We instructed those claimants to file notices of a change of address with the Court and then reissued checks to them.

F0101389 - 1

5. In other cases, representative or heirs of deceased claimants contacted my office to request that the checks be reissued to them. Upon receiving sufficient documentation, we filed motions to authorize the redistribution to the heirs of deceased claimants and reissued those checks after the entry of a court order authorizing us to do so.

6. More than one year has elapsed since the interim distribution was made and numerous checks remain uncashed and undeliverable.

7. I instructed a member of my staff to conduct a Westlaw search for new addresses for the claimants whose checks remain undeliverable or uncashed.

8. Attached hereto as Exhibit A is a list of the claimants whose checks are undeliverable or uncashed. The exhibit contains the original address from the proof of claim form where the interim distribution was sent, as well as any updated addresses that we were able to obtain from a Westlaw search.

9. Section 347 of the Bankruptcy Code requires me to stop payment on any distribution check that remains uncashed after 90 days, and to deposit such unclaimed funds into court. Fed. R. Bankr. P. 3011 requires me to file a list of all known names and addresses for claimants whose funds are to be deposited into court pursuant to Section 347 of the Bankruptcy Code. D.N.J. LBR 3011-1 provides a mechanism for claimants to apply for the release of any unclaimed funds deposited with the court.

10. All distributions set forth in Exhibit A will be deposited with the court as unclaimed funds pursuant to 11 U.S.C. §347 and Fed. R. Bankr. P. 3011. Claimants may pursue the recovery of these funds consistent with D.N.J. LBR 3011-1.

11. I am providing a copy of this certification to all claimants listed on Exhibit A. A copy of this certification will be mailed to all addresses set forth in the exhibit.

I certify that the foregoing statements are true and correct to the best of my knowledge, information and belief. I am aware that if any statements contained herein are willfully false, I am subject to punishment.

Dated: March 22, 2021

/s/ *Charles M. Forman*
Charles M. Forman,
Chapter 7 Trustee

F0101389 - 1

3

# EXHIBIT A

| Serial# | Name | Claim | Credit | Mailing Status/New Address Found |
|---|---|---|---|---|
| 62108 | SUMMIT RARE COINS INCROBERT L SCHMIDT ESQ., AST & SCHMIDT PC 222 Ridgedale Ave., MORRISTOWN, NJ 07962 | 00142 | 13,878.72 | Unable to locate |
| 62109 | WALLACE, SANDRAC/O AST & SCHMIDT, ROBERT L SCHMIDT ESQ.222 Rldgedale Ave.MORRISTOWN, NJ 07962 | 00143 | 13,084.50 | Debtor is deceased |
| 62125 | ROBINSON, DURWOOD G.13400 SPRING RUN RD.MIDLOTHIAN, VA 23112 | 00178 | 771.04 | no records |
| 62067 | VERIZON NJPO Box 25087Wilmington , DE 19899 | 00045 | 59.83 | no records |
| 62146 | ILVENTO, CHRISTOPHER C.88 IROQUOIS AVE.OCEAN POINT, NJ 07757 | 00209 | 1,224.62 | Attempted 2nd mailing - returned |
| 62091 | William G. Bauer Family Trust2860 Fenel AveGrand Junction, CO 81501 | 00109 | 2,417.98 | current address |
| 62158 | DIERUF, W. C. JR. OR E. ADELE48 STERLING RD.LOUISVILLE, KY 40220-3524 | 00229 | 444.10 | 613 TURNSTILE TRCE, LOUISVILLE, KY 40223-3453 |
| 62240 | GOODRICH, KALON2040 W. MAIN, SUITE 210-1602RAPID CITY, SD 57702-2446 | 00343 | 3,828.91 | no records |
| 62266 | HOFFMAN, ROY W.17151 PALM BEACH BLVD.ALVA, FL 33920 | 00380 | 2,232.78 | 17161 PALM BEACH BLVD, ALVA, FL 33920-3525 | |
| 62265 | HOFFMAN, CAROLYN L.17151 PALM BEACH BLVD.ALVA, FL 33920 | 00379 | 3,855.20 | 279 DAWNBROOK CT, BLUFFTON, SC 29909-1030 |
| 62070 | Irwin Home Equity Corp12677 Alcosta Blvd # 500San Ramon, CA 94583 | 00060 | 2,003.23 | current address |
| 62253 | KUWABARA, TSUYOSHI T.605 E. MAIN AVENUEMORGAN HILL, CA 95037 | 00361 | 3,472.04 | no records |
| 62234 | MARY ROSE LESLIE GR. TR.685 LAKEWOOD LANETITUSVILLE, FL 32780 | 00336 | 3,138.06 | no records |
| 62110 | LISNOV, CY6736 LESLEE CREST DRIVEWEST BLOOMFIELD, MI 48322 | 00145 | 2,026.65 | 8764 TRENTON DR, WHITE LAKE, MI 48386-4379 |
| 62187 | LUDWIG, FRED J.7 STRATFORD DR.BRICK TWP, NJ 08724 | 00271 | 830.94 | 54 DARLEY CIR, BRICK, NJ 08724-1954 |
| 62349 | MILLER, ROBERTA255 PATROON CREEK BLVD. 1132ALBANY, NY 12206 | 00490 | 308.42 | no records |
| 62355 | MILLER, JOSEPH A.255 PATROON CREEK BLVD APT 1132ALBANY, NY 12206-5044 | 00498 | 308.42 | no records |
| 62226 | MURPHY, BEVERLY2206 WINDSOR COURTLITTLEROCK, AZ 72212 | 00326 | 616.83 | current address |
| 62391 | NEBEKER, SARA4390 WOODENSHOEPEOA, UT 84061 | 00553 | 61.68 | no records |
| 62155 | NISHIDA, SALLY11132 Innsbrook Way IJamsville, MD 21754 | 00222 | 2,784.33 | current address |
| 62237 | POWELL, GREGORY D.HC 5 BOX 10122MOCA, PR 00676-9717 | 00340 | 5,088.23 | 1825 MAIDENS RD, MAIDENS, VA 23102-2503 |
| 62287 | REYNOLDS, RAYMOND L.1006 NORTH WAHNETA STALLENTOWN, PA 18109 | 00403 | 2,731.90 | no records |
| 62317 | ROSEN, LOUISC/O THE NEW NAUTILUS2001 OCEAN BLVD.ATLANTIC BEACH, NY 11509 | 00447 | 1,723.37 | current address |
| 62443 | SCRUDATO, THERESA411 WATERFORD TOWERSEDGEWATER, NJ 07020-1026 | 00624 | 483.44 | no records |
| 62280 | STEER, DONNA M.105 Lakewood Point Hot Springs , AR 71913 | 00395 | 994.64 | current address |
| 62390 | STEINKIRCHNER, JAMES N4390 WOODENSHOE LANEPEOA, UT 84061 | 00552 | 382.67 | No records |
| 62103 | STONE, JOLINE1319 DULCINEA LNBELEN, NM 87002 | 00132 | 1,447.09 | current address |
| 62175 | TAYLOR, PAULA18802 134TH AVENUESUN CITY WEST, AZ 85375 | 00252 | 810.49 | no records |
| 62194 | TOLEDO, BENITA101-11 101ST AVENUEOZONE PARK, NY 11416 | 00280 | 308.42 | no records |
| 62376 | WATRAL, EDWARD  17 SOUTH DEWITT PLACEPO BOX 314MONTAUK, NJ 11954 | 00533 | 10,514.75 | current address |
| 62377 | WATRAL, WILLIAMSOUTH DEWITT PLACEPO BOX 314MONTAUK, NY 11954 | 00534 | 1,850.50 | current address |
| 62180 | TE LENG WUOR BAO CHENG LEE WU CO-TRUSTEES35 NANTUCKET PLACESCARSDALE, NY 10583-4719 | 00257 | 13,791.88 | no records |
| 62179 | BAO CHENG LEE WU35 NANTUCKET PLACESCARSDALE, NY 10853-4719 | 00256 | 77.38 | no records |
| 62064 | Vincent R. Fama416 Monmouth Avenue Bradley Beach , NJ 07720 | 00031 | 4,579.75 | current address |
| 62068 | Sheyeast Butler227 New St Fl 2Orange, NJ 07050 | 00054 | 50.89 | no records |
| 62069 | Wachovia Bank, National AssociationPO Box 13765Roanoke, VA 24037 | 00057 | 759.51 | no records |
| 62084 | Paul and Georgette Boucher c/o Karen E. Bezner, Esq.567 Park Ave Ste 103Scotch Plains, NJ 07076 | 00099 | 10,340.09 | 1941 BARTLE AVE, SCOTCH PLAINS, NJ 07076-1250 |
| 62112 | Clara Bartek/Donn Chelli11870 Santa Monica Blvd # 443Los Angeles, CA 90025 | 00154 | 3,084.16 | 1545 GRANVILLE AVE APT 8, LOS ANGELES, CA 90025-2822 |
| 62117 | AUGUST LAUBIS FAMILY TRUST59 HENRY STREETROOSEVELT, NY 11575 | 00166 | 1,572.92 | current address |
| 62124 | FRANK CAMPISI LIVING TR.420 HIGHLAND AVENUE, #2CLIFTON, NJ 07011 | 00177 | 771.04 | 50 CECILIA DR, WAYNE, NJ 07470-4605 |
| 62214 | GROSS, HERMAN 12 JORDAN DRIVEGREAT NECK, NY 11021 | 00302 | 154,208.03 | current address (age 94) |
| 62238 | KONOPKA, GREGORY226 WHEELER STREETCLIFFSIDE PARK, NJ 07010 | 00341 | 339.26 | no records |
| 62252 | MCKINNEY, CAROLYN CUNNINGHAM437 DEAL ROADMEYERSDALE, PA 15552 | 00360 | 540.79 | current address |
| 62267 | DORST, JOHN251-16 58TH STREETDOUGLASTON, NY 11362 | 00381 | 188.09 | 14731 38TH AVE APT A47 , FLUSHING, NY 11354-4867 |
| 62298 | URAY, NORMA W. JR.51 HUDSON COMMON DRIVEHUDSON, OH 44236 | 00425 | 1,141.14 | current address |

{F0087965 - 1}

| | | | | |
|---|---|---|---|---|
| 62308 | MASLOV, PATRICIA43 BUSTEED DR.MIDLAND PARK, NJ 07432 | 00437 | 115.77 | current address |
| 62413 | STRIZVER, ROSLYN65 SOUND VIEW DRIVEEASTON, CT 06612 | 00582 | 276.08 | current address |
| 62440 | FEATHERSTON, PATRICIA253 C. BELMAR ROADMONROE TOWNSHIP, NJ 08831 | 00618 | 595.08 | 1 OVERLOOK DR APT 3303, MONROE TOWNSHIP, NJ 08831 |
| 62444 | D'AGOSTINO, RITA595 VANDERBILT PARKWAYDIX HILLS, NY 11746 | 00626 | 628.87 | 90 LITTLE EAST NECK RD, BABYLON, NY 11702-2527 |
| 62469 | SANDHU, SAVEERA22642  128TH AVE SEKENT, WA 98031 | 00667 | 717.99 | 20209 126TH AVE NE, BOTHELL, WA 98011-7667 |
| 62074 | Mildred A Lillis c/o Alan D Rubenstein, P02 50 Main Street Succasunna, NJ 07876 Mildred A Lillis c/o Alan D Rubenstein, P02 50 Main Street Succasunna, NJ 07876 | 00078 | 1,354.90 | no records |
| 62083 | John J Whalen605 Jerome PlFreehold, NJ 07728 | 00096 | 2,405.65 | 42 VERDE VIS, FORT PIERCE, FL 34951-2821 |
| 62113 | Donn Chelli Trust11870 Santa Monica Blvd # 443Los Angeles, CA 90025 | 00155 | 1,542.08 | 1545 GRANVILLE AVE APT 8, LOS ANGELES, CA 90025-2822 |
| 62114 | Lawrence Bronfman264 Liberty Bell CtNorth Brunswick, NJ 08902 | 00162 | 3,207.56 | no records |
| 62138 | JENNINGS, JERRY P. TTEE JENNINGS FAM. TR8522 CRANSTON DR.WESTLAND, MI 48185 | 00196 | 493.47 | no records |
| 62144 | GYULING, EUGENE36 MARIETTA DR.SAN FRANCISCO, CA 94127-1840 | 00206 | 771.04 | 3818 AUTUMN FERN TER, SARASOTA, FL 34243-3767 |
| 62172 | DERIVES, FLORIN420 HIGHLAND AVENUECLIFTON, NJ 07011 | 00247 | 1,542.08 | no records |
| 62213 | DUFFY, ALLANC/O HERMAN GROSS12 JORDAN DRIVEGREAT NECK, NY 11021 | 00299 | 1,738.67 | current address |
| 62228 | HOPKINS, VIRGINIA11 ROSETREE LANELAWRENCEVILLE, NJ 08648 | 00329 | 877.86 | no records |
| 62229 | ESTATE OF PETER AMATOC/O ROSEMARIE AMATO499 HILLSIDE BOULEVARDNEW HYDE PARK, NY 11040-2911 | 00330 | 2,413.37 | current address |
| 62243 | BALABANOVIC, MILIJA1011 Swede Street, Apt 2 Norristown, PA 19401-3825 | 00351 | 3,964.20 | current address |
| 62260 | GINGERICH, MAHLON12800 STATE ROUTE 88GARRETTSVILLE, OH 44231 | 00372 | 5,511.39 | no records |
| 62270 | LENGTAT, REINHARD13101 113TH PLACE N.E.KIRKLAND, WA 98034 | 00384 | 65.50 | current address |
| 62310 | CITATION FINANCE CO., INC.955 EXECUTIVE PARKWAY, SUITE 201ST. LOUIS, MO 63141 | 00439 | 410.74 | no records |
| 62385 | GREEN, JOHN E.11107 FOREST AVE.CLEVELAND, OH 44104 | 00545 | 431.78 | no records |
| 62420 | VERIZON WIRELESSPO Box 3397Bloomington , IL 61702 | 00590 | 86.74 | no records |
| 62436 | BERMAN, DAVID C. (Francis Logan)11 Cattano Avenue, Apt 519MORRISTOWN, NJ 07960 | 00612 | 2,069.58 | current address |
| 62446 | AURICCHIO, LISA B.23 CANTERBURY WAYCAPE MAY, NJ 08204 | 00629 | 185.05 | no records |
| 62463 | NACHT, LEIGHC/O FISERV ISS & CO.PO BOX 173859DENVER, CO 80217-3859 | 00658 | 363.98 | no records |
| | | | 306,898.14 | |

{F0087965 - 1}