# STATE OF NEW JERSEY

**NEW JERSEY DEPARTMENT OF HEALTH**
**CERTIFICATE OF DEATH**

STATE FILE NUMBER: 20160030890

| Field | Value |
|---|---|
| 1a. Legal Name of Decedent | Vincent R. Fama |
| 1b. Also Known As (AKA) | |
| 2. Sex | Male |
| 3. Social Security Number | ****4721 |
| 4a. Age | 55 Years |
| 5. Date of Birth | /1960 |
| 6. Birthplace | Elizabeth, New Jersey |
| 7a. Residence-State | New Jersey |
| 7b. County | Monmouth |
| 7c. Municipality/City | Belmar Borough |
| 7d. Street and Number | 505 Ocean Avenue |
| 7e. Apt No. | |
| 7f. Zip Code | 07719 |
| 7g. Inside City Limits? | Yes |
| 8a. Ever in US Armed Forces? | No |
| 9. Domestic Status at Time of Death | Divorced |
| 10. Name of Surviving Spouse/Partner | |
| 11. Father's Name | Angelo Fama |
| 12. Mother's Name Prior to First Marriage | Frances Zolkowski |
| 13a. Name of Informant | Angelo Fama, Jr. |
| 13b. Relationship to Decedent | Sibling |
| 13c. Mailing Address | 97 Old Bridge Drive, Howell, NJ 07731 |
| 14. Method of Disposition | Cremation |
| 15. Place of Disposition | Rosehill Crematory |
| 16. Location | Linden City, New Jersey |
| 17. Name and Complete Address of Funeral Facility | Lehrer Gibilisco Funeral Home, 275 W Milton Ave, Rahway, NJ 07065-3205 |
| 18. Electronic Signature of Funeral Director | Joseph D Gibilisco |
| 19. NJ License Number | 23JP00326600 |
| 20. Decedent Education | Bachelor's degree (BA, AB, BS) |
| 21. Decedent of Hispanic Origin? | Not Spanish / Hispanic / Latino |
| 22. Decedent Race | White |
| 23. Occupation of Decedent | Assembler |
| 24. Kind of Business/Industry | Manufacturing |
| 25. Name and Address of Last Employer | Patwin Plastic, 2300 E. Linden Avenue, Linden, NJ 07036 |
| 26. Date Pronounced Dead | 06/04/2016 |
| 27. Time Pronounced Dead (24-hr) | 1434 |
| 31. Date of Death | Date Found - 06/04/2016 |
| 32. Time of Death (24-hr) | Time Found - 1245 |
| 33. Was Medical Examiner Contacted? | Yes |
| 34. Place of Death | Decedent's Home |
| 35a. Facility Name | 505 Ocean Ave |
| 35b. Municipality | Belmar Borough |
| 35c. County | Monmouth |
| 36a. PART I - IMMEDIATE CAUSE | a. [redacted] — unknown; b. [redacted] — unknown |
| 36b. PART II - Other significant conditions | ETHANOLISM |
| 37. Was an Autopsy Performed? | Yes |
| 38. Were Autopsy Findings Available to Complete Cause of Death? | Yes |
| 46. Manner of Death | Natural |
| 47. Did Decedent Have Diabetes? | No |
| 48. Did Tobacco Use Contribute to Death? | Unknown |
| 49. If Female, Pregnancy Status | Not applicable |
| 50. Certifier Type | Medical Examiner |
| 51. Name, Address, and Zip Code of Certifier | Albert W Williams, M.D., 1490 Livingston Avenue, North Brunswick, NJ 08902 |
| 52. Electronic Signature of Certifier | Albert W Williams |
| 53. License Number | 25MA06285000 |
| 54. Date Certified | 06/05/2016 |

**Exhibit A**