John G. Hoyle III, Esq. - 009961995
Rosemary Simon, Esq. – 032612005
Stacey Crowell Maiden, Esq. – 033501993
**HOYLE LAW, LLC**
Counsellors at Law
201 Main Street
Allenhurst, NJ 07711
(732) 988-9595
Attorneys for Plaintiff, Vincent P. Fama



FILED SEP 22 2017
PATRICIA DEL BUENO CLEARY, P.J.Ch.

In the Matter of the Estate of
VINCENT R. FAMA,
Deceased.

SUPERIOR COURT OF NEW JERSEY
CHANCERY DIVISION-PROBATE PART
MONMOUTH COUNTY

DOCKET NO. MON-P-0228-17
SURROGATE'S NO. 246738

Civil Action

JUDGMENT APPOINTING
ADMINISTRATOR, C.T.A. AND
TRUSTEE OF TESTAMENTARY TRUST

THIS MATTER having been opened to the Court by Stacey Crowell Maiden, Esq., of Hoyle Law, LLC, attorneys for Plaintiff, Vincent P. Fama, on a summary manner, and with proper notice to all interested parties identified in the Order to Show Cause, and the Court having considered the Verified Complaint and Letter Brief filed herein, and the Court being satisfied as to the sufficiency of the application and for good cause shown;

IT IS on this 22 day of September 2017 ORDERED AND ADJUDGED THAT:

A) The Surrogate of Monmouth County be and hereby is directed to award Letters of Administration C.T.A. to Roberta Voloshin, upon her duly qualifying, and the posting of a surety bond with the Monmouth County Surrogate in the amount of $ 200,000.00 ; and

B) The Surrogate of Monmouth County be and hereby is directed to award Letters of Substitute Trusteeship to George Voloshin, upon his duly qualifying, and the posting of a surety bond with

1

**Exhibit B**

the Monmouth County Surrogate in the amount of $200,000.00.

**IT IS FURTHER ORDERED** that the Plaintiff shall serve a copy of this Judgment upon all interested parties within 7 days from the date above.

*[signature]*
HON. PATRICIA DEL BUENO CLEARY, P.J.Ch.

**Exhibit B**