| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Mester & Schwartz, P.C.<br>Jason Brett Schwartz, Esquire<br>1917 Brown Street<br>Philadelphia, PA 19130<br>267-909-9036 |

| | |
|---|---|
| IN RE:<br><br>New Jersey Affordable Homes Corp., Debtor | CASE NO.:  05-60442 (RG)<br><br>CHAPTER 7<br><br>JUDGE: Michael B. Kaplan |

**CERTIFICATION OF SERVICE**

1. I, Jason Brett Schwartz:

    ✓ represent the Creditor in the above-captioned matter.

    _ Am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

    _ Am the _____ in the above case and am representing myself.

2. On April 27, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

**Application for Payment of Unclaimed Funds**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

DATE: April 27, 2021                           ___/s/Jason Brett Schwartz_____
                                                                Jason Brett Schwartz, Esquire

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Charles M. Forman<br>365 West Passaic St. Suite 400<br>Rochelle Park, NJ 07662 | *Trustee* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew T. Drake<br>Dilks & Knopik, LLC<br>35308 SE Center Street<br>Snoqualmie, WA 98065 | *As assignee to Roberta Voloshin – Administrator For The Estate Of Vincent R. Fama* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| New Jersey Affordable Homes Corp.<br>100 West Pond Road<br>Hopelawn, NJ 08861 | *Debtor(s)* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Stuart Komrower<br>25 Main St.<br>Hackensack, NJ 07601 | *Attorney for Debtor* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Roberta Voloshin – Administrator For The Estate Of Vincent R. Fama<br>1918 Snyder Ave<br>Belmar, NJ 07719 | *Claimant* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| District of New Jersey<br>Peter Rodino Federal Building<br>970 Broad Street, Room 700<br>Newark, NJ 07102 | *US Attorney* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | *U.S. Trustee* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Vincent Fama<br>416 Monmouth Avenue<br>Bradley Beach, NJ 07720 | *Claimant Alternate Address* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |